JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :
    - v. -                            :    INDICTMENT
                                      :
JOSEPH CRENSHAW,                      :    07 Cr.
                                      :
                    Defendant.        :
- - - - - - - - - - - - - - - - - -x

**07CRIM1145**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 12 2007

COUNT ONE

The Grand Jury charges:

1. From at least in or about April 2007 to in or about August 2007, in the Southern District of New York and elsewhere, JOSEPH CRENSHAW, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Section 201 of Title 18, United States Code.

2. It was a part and an object of the conspiracy that JOSEPH CRENSHAW, the defendant, and others known and unknown at least one of whom was a public official, corruptly demanded, sought, received, accepted, and agreed to receive a thing of value personally in return for being influenced in the performance of an official act, and in return for committing and aiding in committing, and colluding in and allowing a fraud on the United States, to wit, CRENSHAW, a Chief Warrant Officer with the United States Army, and others known and unknown, accepted

thousands of dollars in cash in exchange for accompanying contractors' fuel trucks to the fuel depot at Camp Liberty in Iraq to obtain fuel to which the contractors were not entitled.

## OVERT ACT

3. In furtherance of the charged conspiracy and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

    a. In or about August 2007, JOSEPH CRENSHAW, the defendant, accompanied an 11,000-gallon truck to the fuel depot at Camp Liberty, Iraq.

(Title 18, United States Code, Section 371.)

## FORFEITURE ALLEGATION

4. As the result of committing the offense in violation of 18 U.S.C. § 371, alleged in Count One of this Indictment, JOSEPH CRENSHAW, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of these offenses, including but not limited to the amount of proceeds obtained as a result of the offenses, including but not limited to at least $15,000 in United States currency.

Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981(a)(1)(C) and 982;
Title 21, United States Code, Section 853(p);
Title 28, United States Code, Section 2461.)

_____    _____
FOREPERSON                    MICHAEL J. GARCIA
                              United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v.-

JOSEPH CRENSHAW,

Defendant.

### INDICTMENT

07 Cr. _____

(Title 18, U.S.C., Sections 371.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

*12/12/07 Filed Indictment Case assigned to Judge Keenan w/Mag. Judge Katz*