LAW OFFICES

# LAWRENCE D. GERZOG

LAWRENCE D. GERZOG
MARIA G. WORLEY

251 E. 61ST STREET
NEW YORK, NEW YORK 10021

TELEPHONE (212) 486-3003
FACSIMILE (212) 486-7701

December 13, 2007

By Facsimile to 212-805-7911

Honorable John F. Keenan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    United States v Joseph Crenshaw
       ~~07-mj-01858~~   07 cr. 1145 (JFK)

Dear Judge Keenan:

     I am writing to request a modification of bail in the above case. Mr. Crenshaw's current bail conditions limit his travel to New York and the Eastern District of Missouri. In order that he can spend the holidays with his family after being deployed overseas for the past fifteen months, we request that he be allowed to travel by car to Colorado Springs, Colorado. As he will be traveling by car, he will pass through Ohio and Kansas. After spending a few days in Colorado Springs, Mr. Crenshaw will then drive to Kansas City and Charleston, Missouri. We will provide a detailed itinerary of the trip to Pre-trial Services. AUSA Christine Wong has informed us that the government consents to this request.

Respectfully,

Lawrence D. Gerzog

cc:    AUSA Christine Wong
       By Facsimile to (212) 637-2527

*Application granted,*
*John F. Keenan*
*So ordered*
*December 14, 2007*    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-07