LAWRENCE D. GERZOG
MARIA G. GIORDANO
ANNE E. GLATZ*

*ALSO ADMITTED
IN ILLINOIS

LAW OFFICES
LAWRENCE D. GERZOG
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

TELEPHONE (212) 486-3003
FACSIMILE (212) 486-7701

December 17, 2007

By Facsimile to 212-805-7911

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-17-07

Re:  United States v Joseph Crenshaw
     ~~07mj01858~~  #07 CR. 1145 (JFK)

Dear Judge Keenan:

    I am writing to request an adjournment of the arraignment in this matter, which has been scheduled for December 19, 2007. I seek this adjournment as I have a previously scheduled meeting for a multi-defendant federal case, which is scheduled to go to trial in early 2008. I respectfully request that the matter be put on for the week of January 7, 2007, and consent to an exclusion of time for this period. AUSA Christine Wong has informed me that the government consents to this request.

    I thank the court for its consideration of this matter.

Respectfully,

Lawrence Gerzog

cc:  AUSA Christine Wong
     By Facsimile to 212-637-2527

*The matter is set down for January 8, 2008 at 9:30 AM. Time is excluded.*
*12/17/07*
*John F. Keenan*
*U.S.D.J.*