USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA          :

-v-                               :

Joseph Crenshaw                   :
----------------------------------X

07 CR 1145 (JFK)

Please be advised that the (conference) sentence scheduled for February 27, 2008 has been rescheduled to March 26, 2008 at 10:00 a.m. in Courtroom 20 C. The time is excluded.

SO ORDERED.

Dated: New York, New York
February 26, 2008

_____
JOHN F. KEENAN
United States District Judge