LAW OFFICES
**LAWRENCE D. GERZOG**
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

LAWRENCE D. GERZOG
MARIA G. GIORDANO
ANNE E. GLATZ*

*ALSO ADMITTED
IN ILLINOIS

TELEPHONE (212) 486-3003
FACSIMILE (212) 486-7701

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-2008

March 25, 2008

By Facsimile to 212-805-7911

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v Joseph Crenshaw
~~07mj01858~~ #07 CR 1145 (JFK)

Dear Judge Keenan:

    I am writing to request an adjournment until mid-April of the status conference in this matter, currently scheduled for March 26, 2008. I seek this adjournment as I am having some complications with my diabetes and have not been in the office much over the past two weeks to finish reviewing the discovery in this matter. A few minutes ago, I left a voicemail message for AUSA Katherine Lemire regarding this request, but as the case is scheduled for tomorrow I am faxing over this letter prior to her return call to give the court as much notice as possible regarding this request.

    I thank the court for its consideration of this matter.

Respectfully,

Lawrence Gerzog

cc: AUSA Katherine Lemire
By Facsimile to 212-637-2611

*The Conference is adjourned until April 24, 2008 at 10AM. Time is excluded in the interests of justice.*
*So Ordered John F. Keenan*
*March 25, 2008 U.S.D.J.*