UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

JOSEPH CRENSHAW,

Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 1145 (JFK)

TO: Clerk of Court
 United States District Court
 Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
 Southern District of New York

by:   Loyaan A. Egal   /s
 Assistant United States Attorney
 (212) 637-2205

TO: Lawrence D. Gerzog, Esq.