**MEMO ENDORSED**

LAW OFFICES

# LAWRENCE D. GERZOG

LAWRENCE D. GERZOG
MARIA G. WORLEY

251 E. 61ST STREET
NEW YORK, NEW YORK 10021

TELEPHONE (212) 486-3003
FACSIMILE (212) 486-7701

April 21, 2008

By Facsimile to 212-805-7911

Honorable John F. Keenan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APR 21 2008

Re:   United States v Joseph Crenshaw
      07-cr-1145

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08

Dear Judge Keenan:

I am writing to request a two-week adjournment of the status conference set in the above matter. I had previously requested an adjournment due to some health issues I was having, and seek this additional adjournment now as the adjourned date that was set conflicts with a previously scheduled family vacation. I apologize for any inconvenience this causes to the Court or the government, and thank the Court for its consideration of this request.

*The matter is adjourned until May 8, 2008 at 9:30am. Time is excluded.*

Respectfully,

*So ordered
April 21, 2008
John F. Keenan
U.S.D.J.*

Lawrence D. Gerzog

cc:   AUSA Katherine Lemire
      By Facsimile to (212) 637-0421