LAW OFFICES
**LAWRENCE D. GERZOG**
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

LAWRENCE D. GERZOG
MARIA G. GIORDANO
ANNE E. GLATZ*

TELEPHONE (212) 486-3003
FACSIMILE (212) 486-7701

*ALSO ADMITTED
IN ILLINOIS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08
```

**MEMO ENDORSED**

March 25, 2008

By Facsimile to 212-805-7911

MAY - 6 2008

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v Joseph Crenshaw
      ~~07mj01858~~  #07 CR 1145

Dear Judge Keenan:

    I am writing to request a thirty-day adjournment of the status conference in the above matter, which is currently scheduled for May 8, 2008. I seek this adjournment as I have been delayed in reviewing the discovery due to some personal matters and am not ready at this point to fully inform the Court as to my position on a motion schedule. I have a meeting set-up with Mr. Crenshaw this week and expect that after that meeting I will be prepared to move forward. I've left a message for AUSA Lemire regarding this request, but she is currently on trial so I was unable to consult with her.

    I thank the court for its consideration of this matter.

Respectfully,

Lawrence Gerzog

cc:   AUSA Katherine Lemire
      By Facsimile to 212-637-2611

The application is granted.
The conference is adjourned
until June 6, 2008 at 10:15am.
Time is excluded.

SO ORDERED.

Dated: May 7, 2008

John F. Keenan
U.S.D.J.