UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA       :

\# 07 CR 1145 (JFK)

-V-                            :

Joseph Crenshaw               :
-------------------------------------------------X

Please be advised that the (conference)/sentence scheduled for __June 5, 2008__ has been rescheduled to __June 20, 2008__ at __10:00 am__ in Courtroom 20-C. The time is excluded.

SO ORDERED.

Dated: New York, New York
May 29, 2008

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-2008