USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-21-08

**LAWRENCE GERZOG**
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10065

Lawrence D. Gerzog
Maria G. Worley

Tel: (212) 486-3003
FAX: (212) 486-7701

July 14, 2008

JUL 15 2008

By Facsimile to 212-805-7911

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v Joseph Crenshaw
    07cr1145



Dear Judge Keenan:

    It has recently come to my attention that a superseding indictment has been unsealed in this case. That indictment adds a second defendant to the case and additional charges against that defendant. Because I was aware of this new indictment, I asked this court to schedule motions to be due on July 21, 2008. Although I can still meet that date if necessary, may I suggest that Mr. Crenshaw appear on July 21st for arraignment on the new indictment, and that the case be then adjourned to the same date as the co-defendant, for a status conference. This will allow both defendants to proceed on the same track, to weigh severance issues, and, if appropriate, to coordinate defenses. We have contacted AUSA Egal and he takes no position on this request.

*The defense application is granted.*

Respectfully,

Lawrence D. Gerzog

*So ordered 7/21/08 John F. Keenan U.S.D.J.*

cc:   AUSA Egal