UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              :

            - v. -                    :    ORDER

HARITH AL-JABAWI,                     :    S1 07 CR. 1145 (JFK)
    a/k/a "Harry," and
JOSEPH CRENSHAW                       :

            Defendant.                :

- - - - - - - - - - - - - - - - - -X

      Upon application of the United States of America, by the United States Attorney for the Southern District of New York, Michael J. Garcia, through Assistant United States Attorney Loyaan A. Egal, it is hereby ORDERED that Indictment S1 07 Cr. 1145 (JFK), which was filed under seal on or about March 18, 2008, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         July 7, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 7 2008
```

_____
HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK