Aug 12 08 02:22p  Law Office                              212 486 7701                p.2

# LAWRENCE GERZOG
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10065

Lawrence D. Gerzog  
Maria G. Worley

Tel: (212) 486-3003  
FAX: (212) 486-7701

By Facsimile to 212-805-7911

Honorable John F. Keenan  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

AUG 12 2008

Re:  United States v Joseph Crenshaw  
     07cr1145

Dear Judge Keenan:

  I am writing to request a modification of the bail conditions in the above case. Mr. Crenshaw has recently completed the training necessary to secure employment as a tractor trailer driver. So that he may seek employment in this field, we request that his travel restrictions be modified to allow him to travel within the forty-eight states. Mr. Crenshaw is aware that he will still be required to make all court appearances, and will schedule his work trips around these appearances. I have spoken with AUSA Egal and Pre-Trial Officer Shanahan and they have both advised me of their consent to this request

  I thank the court for its consideration of this matter.

Respectfully,

Lawrence Gerzog

cc:  AUSA Egal  
  By Facsimile to 212-637-2527

  USPO Scott R. Shanahan  
  By Facsimile to 315-234-8701

*Application Granted*  
*So ordered*  
*August 12, 2008*  
— John F. Keenan, USDJ

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 8-12-08